UNITED STATES of America, Appellee,

v.

Randy FINK, Appellant.

No. 03–3369.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 11, 2004.

Decided March 11, 2004.

Earl W. Brown, III, Asst. U.S. Attorney, U.S. Attorney's Office, Dennis J. Bitz, Attorney/Advisor, U.S. Medical Center for Federal Prisoners, Springfield, MO, for Plaintiff–Appellee.

Nancy Price, Federal Public Defender's Office, Springfield, MO, for Defendant–Appellant.

Randy Fink, U.S. Medical Center for Federal Prisoners, Springfield, MO, pro se.

Before RILEY, MELLOY, and COLLOTON, Circuit Judges.

PER CURIAM.

Randy Fink appeals his commitment under 18 U.S.C. § 4245, and we grant him leave to do so in forma pauperis. After careful review, we affirm the district court's[1] order, entered after a hearing,

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. Eng-

because the finding that Fink suffers from a mental disease or defect for which he requires treatment in a suitable facility is not clearly erroneous. *See United States v. Eckerson,* 299 F.3d 913, 914–15 (8th Cir.2002) (per curiam) (standard of review). The judgment is affirmed. *See* 8th Cir. R. 47A(a).

land, United States Magistrate Judge for the Western District of Missouri.